```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
     Plaintiff,                )
                               )
           v.                  )         Civil Action
                               )         No. 2:08-CV-475
THE STATE OF OHIO, et al.,     )
                               )
     Defendants.               )
```

NOTICE OF APPEARANCE

The clerk is requested to enter my appearance as counsel for Plaintiff, United States of America.

Vincent P. Herman
Trial Attorney
U.S. Department of Justice
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC  20530
Telephone: (202) 305-3318
Fax: (202) 514-0212
vincent.herman@usdoj.gov

                                          Respectively submitted,

                                          LORETTA KING
                                          Acting Assistant Attorney General
                                          Civil Rights Division

                                          SHANETTA Y. CUTLAR
                                          Chief

        s/ Vincent P. Herman_____
        Vincent P. Herman
        Trial Attorney
        U.S. Department of Justice
        Special Litigation Section
        950 Pennsylvania Avenue, NW
        Washington, DC  20530
        Telephone: (202) 305-3318
        Fax: (202) 514-0212
        vincent.herman@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        s/ Vincent P. Herman_____
        Counsel for the United States