

# OHIO DEPARTMENT OF YOUTH SERVICES

**Ted Strickland, Governor • Thomas J. Stickrath, Director**

**To:** Christine Money, Deputy Director

**From:** Thomas J. Teague, Jr. Superintendent

**Subj:** **Meal Refusal Data**

**Date:** February 23, 2010

In May of 2009, Circleville Juvenile Correctional Facility (CJCF) transitioned from a Juvenile Sex Offender Facility into a Close Security Juvenile Correctional Facility for male adjudicated youth in the state of Ohio. At this time, many of the youth that were housed at Marion Juvenile Correctional Facility were transferred to CJCF. Marion was the maximum security facility for youth in the state of Ohio. This brought a new culture of aggressive youth behavior and STG/ Gang related activity into the facility.

During the months of May, June and July, there were many incidents of youth refusing to go to the cafeteria which, in turn, caused food service staff to prepare hundreds of carry back meals to be taken back to the youth on units. This resulted in the programming schedule being disrupted, youth could not get to school on time, and an increase in food service cost. Upon reviewing the increase of carry back meals taken to youth on the units, CJCF administration polled the youth.

It was determined that a large portion of the youth who refused to go to the cafeteria had been threatened by STG/Gang affiliated youth. The STG/Gang affiliated youth used the following tactics to harass and scare new youth and non-STG affiliated youth as a means of trying to get them to join their gang.

They would tell the youth the following:

- Youth were told that they were not allowed to eat
- Youth were told that they had to give up their meals
- Youth were told that they could only eat certain meals
- Youth were told that if they go against them, they would be jumped on and beat up
- Youth were told that they could not eat because they lost a bet

It should be noted that when youth were in seclusion, or on unit restriction for rule violations, staff would bring the youth a meal back from the cafeteria. When the meals were brought back to the youth, STG/ Gang youth that were on the unit would come up on the deck area and take the extra meals off the meal tray. Consequently, causing the cafeteria staff to prepare additional meals for the youth whose meal was taken by a STG/Gang youth.

** Not all youth who refused a meal did so because of STG/Gang affiliated activity. Some youth refused to go to the cafeteria because of the following:

- Youth wanted to sleep in
- Youth thought it was too hot to go to the cafeteria
- Youth did not like what was being served
- Youth though it was the staff members responsibility to provide ***"room service"***

After reviewing the incidents of meals being taken and youth feeling threatened by STG/ Gang youth, we implemented a pilot program for meal refusals. We wanted to ensure that those youth who felt threatened would have the opportunity to receive a meal. Therefore, in August of 2009 we implemented the Meal Refusal Program. CJCF tracked the number of youth meals that were being refused, and the reason why meals were being refused. If a youth refused to go to the cafeteria for safety reasons, staff ensured that a meal was brought back to the unit to them.

Attached please find statistics regarding Meal Refusals in detail.

# Circleville Juvenile Correctional Facility
# Meal Refusals

| Month/Year | Breakfast | Lunch | Dinner | Total |
|---|---|---|---|---|
| August 2009 | 19 | 8 | 4 | 31 |
| September 2009 | 51 | 9 | 4 | 64 |
| October 2009 | 43 | 3 | 4 | 50 |
| November 2009 | 76 | 5 | 0 | 81 |
| December 2009 | 134 | 1 | 0 | 135 |
| January 2010 | 43 | 4 | 1 | 48 |
| February 2010 | 20 | 0 | 0 | 20 |
| | 386 | 30 | 13 | **429** |

Meal Refusal Data – Sept. 2009 – Jan. 2010

| Month | Days Mo. | Mo. Meals | Avg Pop | Offered | # Refused | # Served | % Served | % Refused |
|---|---|---|---|---|---|---|---|---|
| Sep-09 | 30 | 90 | 140 | 12600 | 64 | 12536 | 99.49% | 0.51% |
| Oct-09 | 31 | 93 | 136 | 12648 | 50 | 12598 | 99.60% | 0.40% |
| Nov-09 | 30 | 90 | 131 | 11790 | 81 | 11709 | 99.31% | 0.69% |
| Dec-09 | 31 | 93 | 131 | 12183 | 135 | 12048 | 98.89% | 1.11% |
| Jan-10 | 31 | 93 | 129 | 11997 | 48 | 11949 | 99.60% | 0.40% |

**Youth Refusing 2 meals in a row:**

| | | |
|---|---|---|
| B/L | 8/28/09 | |
| B/L | 8/29/09 | |
| B/L | 8/30/09 | |
| B/L | 8/30/09 | |
| B/L | 8/30/09 | **August '09 = 5 Refusals** |
| | | |
| B/L | 9/8/09 | |
| B/L | 9/8/09 | |
| B/L | 9/8/09 | |
| B/L | 9/9/09 | **September '09 = 4 Refusals** |

**1 week of data collected for August 2009**
**February 2010 data through Monday, 2/22/10**