# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| S.H., a minor child and all others similarly situated, *et al.*, | : <br> : <br> :    **Case No. 2:04-CV-1206** |
| **Plaintiffs,** | : <br> :    **JUDGE ALGENON L. MARBLEY** |
| v. | : |
| TOM STICKRATH, *et al.*, | : |
| **Defendants.** | : |
| | |
| UNITED STATES OF AMERICA, | : <br> :    **Case No. 2:08-CV-00475** |
| **Plaintiff,** | : <br> :    **JUDGE ALGENON L. MARBLEY** |
| v. | : <br> :    **Magistrate Judge Kemp** |
| THE STATE OF OHIO, *et al.*, | : |
| **Defendants.** | : |

## ORDER SETTING FINAL HEARING

This case is set for a hearing on **Tuesday, December 8, 2015,** beginning at **2:00 p.m.** in Courtroom 1, Room 331 at 85 Marconi Boulevard, Columbus, Ohio before the Honorable Algenon L. Marbley.  Counsel for all parties, Defendants themselves, including Director Harvey Reed and Assistant Director Linda Janes, Court Appointed Monitor Will Harrell, and Dr. Kelly Dedel are to appear.

At the hearing, the Court will evaluate the implementation of the Agreed Order in contemplation of a final termination of this case.

**IT IS SO ORDERED.**

   s/Algenon L. Marbley
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED:  November 5, 2015**